| United States Bankruptcy Court<br>Northern District of Georgia<br>Newnan Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Simpkins, Larry, C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Simpkins, Mary, D.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **6833** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **9828** |
| Street Address of Debtor (No. & Street, City, and State):<br>**2030 Oak Grove Road**<br>**Carrollton, GA**<br>ZIP CODE **30117** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**2030 Oak Grove Road**<br>**Carrollton, GA**<br>ZIP CODE **30117** |
| County of Residence or of the Principal Place of Business:<br>**Carroll** | County of Residence or of the Principal Place of Business:<br>**Carroll** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2030 Oak Grove Road**<br>**Carrollton, GA** | ZIP CODE **30117** |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11         Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13         Recognition of a Foreign<br>                         Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."      ☑ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Larry C. Simpkins, Mary D. Simpkins** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached.** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ❑   Exhibit A is attached and made a part of this petition. | **X   Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
#### (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Larry C. Simpkins, Mary D. Simpkins** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Larry C. Simpkins
Signature of Debtor    **Larry C. Simpkins**

X    /s/ Mary D. Simpkins
Signature of Joint Debtor **Mary D. Simpkins**

Telephone Number (If not represented by attorney)
01/19/2010
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

**Signature of Attorney**

X    /s/ J. Nevin Smith
Signature of Attorney for Debtor(s)

**J. Nevin Smith Bar No. 661110**
Printed Name of Attorney for Debtor(s) / Bar No.

**Smith Diment Conerly, LLP**
Firm Name

**402 Newnan Street**

Address

**Carrollton, Georgia 30117**

**(770) 834-1160**        **(770) 834-1190**
Telephone Number

01/19/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

**Randy C. Simpkins**
Printed Name of Authorized Individual

**Authorized Member**
Title of Authorized Individual

Date

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE. PARTNER. OR AFFILIATE OF THE DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| **MCG Properties, L.L.C.** | | |
| District | Relationship | Judge |
| **Northern District of GA** | **Debtor is Member** | |

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Buffalo Holdings, LLC** | | |
| District | Relationship | Judge |
| **Northern District of GA** | **Debtor is Member** | |

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Sweetgrass, Inc.** | | |
| District | Relationship | Judge |
| **Northern District of Georgia** | **Debtor is Member** | |

| Name of Debtor | Case Number | Date |
|---|---|---|
| **Randy C. and Christal Simpkins** | | |
| District | Relationship | Judge |
| **Northern District of Georgia** | **Debtor's Partner** | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

<u>Norther</u>  District of <u>Georgia</u>

In re <u>Larry C. Simpkins</u>                      Case No._____
          Debtor                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Larry C. Simpkins

Date: 01/19/2010

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In re   Mary D. Simpkins                          Case No._____
　　　　　　　Debtor                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                          Page 2

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

   ❒ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❒ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

                    Signature of Debtor:    /s/ Mary D. Simpkins

                    Date:  01/19/2010

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Newnan Division**

In re:  **Larry C. Simpkins    Mary D. Simpkins**                              Case No. _____

_____,

Debtors                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 12,650.00 | Old Block Properties, LLC<br>Rental Income | 2008 |
| 75,577.04 | Sweetgrass, Inc.<br>Larry C. Simpkins | 2008 |
| 40,307.65 | Sweetgrass, Inc.<br>Mary Simpkins | 2008 |
| 95,976.73 | Sweetgrass, Inc.<br>Larry C. Simpkins | 2009 |
| 13,800.00 | Old Block Properties, LLC<br>Rental Income | 2009 |
| 61,701.81 | Sweetgrass, Inc.<br>Mary D. Simpkins | 2009 |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 8,315.66 | Cattle | 2009 |

2

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **McIntosh Commecial Bank vs. MCG Properties, LLC, Randy C. Simpkins, Christal Simpkins, Larry C. Simpkins and Mary Simpkins** | **Suit on Note** | **Superior Court Carroll County Georgia** | **Pending** |
| **09-CV-03979** | | | |
| **First National Insurance Company of America vs. Sweetgrass, Inc., MCG Properties, LLC, Mary D. Simpkins, Christal Simpkins, Larry C. Simpkins and Rany C. Simpkins** | **Suit on Account** | **United States District Court Northern District of Georgia** | **Pending** |
| **09-CV-3427** | | | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**4**

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

## 7. Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **01/28/2009** | **800.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **08/01/2009** | **$850.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **09/29/2009** | **$850.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **11/04/2009** | **$850.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **12/07/2009** | **$400.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **12/29/2009** | **$450.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **09/01/2009** | **$850.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **07/08/2009** | **$850.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **06/01/2009** | **$800.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **05/04/2009** | **$800.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **02/24/2009** | **$800.00** |
| **Rocky Mount Baptist Church 583 Buffalo Creek Road Carrollton, GA 30117** | **None** | **04/01/2009** | **$800.00** |

6

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

7

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Chimney Ventures, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br>  **None** | **01/04/2010** | **1/3 membership interest in Buffalo Holdings, LLC having filed Chapter 11 Bankruptcy on December 29, 2009.** |
| **Darlene Fainn**<br>**2725 Old Columbus Road**<br>**Bowdon, GA 30108**<br>  **Mother of Debtor's son-in-law** | **10/16/2007** | **1.17 Acres with small house currently being valued for tax purposes at $7,606.00. Warranty Deed, dated October 16, 2007 and recorded September 17, 2009 in Deed Book 4634, Page 274, Carroll County, Georgia Public Records.** |
| **James A. Castleberry**<br>**190 County Road 4801**<br>**Woodland, AL 36280**<br>  **Former Employee** | **10/01/2009** | **1990 Toyota Supra Truck $400.00** |
| **The Old Block Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br>  **affiliate** | **01/10/2008** | **114 Acres by Quitclaim Deed, dated January 10, 2008 and filed October 3, 2008 in Deed Book 4405, Page 116, Carroll County, Georgia Public Records and 37.19 Acres of mobile home lots by Quitclaim Deed, dated January 10, 2008 and filed October 3, 2008 in Deed Book 4405, Page 121, Carroll County, Georgia Public Records, currently being valued at $281,000.00.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

8

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of North Georgia**<br>**115 College Street**<br>**Carrollton, GA 30117** | **Checking account with Bank of North Georgia, 115 College Street, Carrollton, GA 30117; account ending 0612** | **$300.00 December, 2009** |
| **First National Bank of Georgia**<br>**301 Maple Street**<br>**Carrollton, GA 30117** | **Personal checking account with First National Bank of Georgia, P.O. Box 280, Carrollton, GA 30112; account ending 6157** | **$0 December, 2009** |

## 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | **Larry C. and Mary Simpkins**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Miscellaneous legal documents and Micky Mantle baseball card and approximatley $200 in state quarters.** | |

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

9

### 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                       NAME USED                          DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

SITE NAME AND                 NAME  AND ADDRESS              DATE OF              ENVIRONMENTAL
ADDRESS                        OF GOVERNMENTAL UNIT           NOTICE               LAW

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND                 NAME  AND ADDRESS              DATE OF              ENVIRONMENTAL
ADDRESS                        OF GOVERNMENTAL UNIT           NOTICE               LAW

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME  AND ADDRESS              DOCKET NUMBER                         STATUS OR
OF GOVERNMENTAL UNIT                                                 DISPOSITION

## 18. Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☐  and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Carroll Crest Homeowner's Associati** | 20-5460681 | **622 Fertilla Street Suite B Carrollton, GA 30117** | **Homeowner's Association** | 07/31/2006 |
| **Chris-Mar, LLC** | 45-0546136 | **622 Fertilla Street Suite B Carrollton, GA 30117** | **Catalog Sales** | 11/27/2006 08/01/2007 |
| **LCRC Investment, LLC** | 20-3993784 | **622 Fertilla Street Suite B Carrollton, GA 30117** | **Property Ownership** | 12/19/2005 |
| **LCS & Associates, LLC** | 27-1525845 | **2030 Oak Grove Road Carrollton, GA 30117** | **Contract Services** | 10/13/2009 |
| **MCG Properties, L.L.C.** | 58-2225570 | **622 Fertilla Street Suite B Carrollton, GA 30117** | **Property Ownership** | 03/15/1996 12/29/2009 |
| **Sweetgrass, Inc.** | 58-2234795 | **622 Fertilla Street Suite B Carrollton, GA  30117** | **Real Estate Development, grading and utility contracting** | 12/06/1972 12/31/2009 |
| **TFD Family Parntership, LP** | | **1901 Tyus Road Carrollton, GA 30117** | **Mary D. Simpkins has 19.6% interest.** | 08/11/1998 |
| **The Denney Family Corporation** | | **2030 Oak Grove Road Carrollton, GA 30117** | **20%** | 04/18/1995 |
| **The Old Block Properties, LLC** | 26-3492334 | **2030 Oak Grove Road Carrollton, GA 30117** | **Property Ownership** | 07/12/2006 |
| **ZTJ Home Builders, LLC** | 20-3808712 | **622 Fertilla Street Suite B Carrollton, GA 30117** | **Home Builder** | 11/15/2005 |

None  b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑  U.S.C. § 101.

NAME                                                                       ADDRESS

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Ann Fazio<br>Garrett Stephens Thomas & Fazio<br>P.O. Box 488<br>Carrollton, GA 30112 | April 2007 to Present |
| Mary D. Simpkins<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Indefinate |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Mary D. Simpkins | 2030 Oak Grove Road<br>Carrollton, GA 30117 |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Bank of North Georgia<br>115 College Street<br>Carrollton, GA 30117 | |
| Bank of Wedowee<br>111 West Broad Street<br>Wedowee, AL 36278 | |
| First Georgia Banking Company<br>100 Tom Reeve Drive<br>Carrollton, GA 30117 | |
| First National Bank of Georgia<br>201 Maple Street<br>Carrollton, GA 30117 | |
| Graham Naylor Agency<br>1355 Terrell Mill Road<br>Buildin 1464<br>Marietta, GA 30067 | |
| McIntosh Commercial Bank<br>820 Dixie Street<br>Carrollton, GA 30117 | |

12

## 20.  Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22.  Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24.  Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

13

## 25.  Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement
of financial affairs and any attachments thereto and that they are true and correct.

Date ____01/19/2010_____

Signature
of Debtor

/s/ Larry C. Simpkins
**Larry C. Simpkins**

Date ____01/19/2010_____

Signature
of Joint Debtor
(if any)

/s/ Mary D. Simpkins
**Mary D. Simpkins**

**B6A (Official Form 6A) (12/07)**

In re:  **Larry C. Simpkins   Mary D. Simpkins** _____     Case No. _____
                              **Debtors**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Condominium located at 286 Fireside Drive, Chimney Cove, Randolph County, Alabama** | **Fee Owner** | | **$ 150,000.00** | **$ 173,612.29** |
| **Personal residence and 8.4 acres located at 2030 Oak Grove Road, Carrollton, Carroll County, Georgia 30117; parcel 080-0031** | **Fee Owner** | | **$ 330,000.00** | **$ 495,297.98** |
| | **Total** ➢ | | **$ 480,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Larry C. Simpkins    Mary D. Simpkins**_____,    Case No. _____
                          **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand.** | | **250.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint personal checking account with First Georgia Banking Company, 100 Tom Reeve Drive, Carrollton, GA 30117; account ending 3182** | | **108.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account with Regions Bank, Carrollton, Georgia; account ending 2015** | | **1,554.55** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings located at Debtor's personal residence.** | | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **1/2 Interest in miscellaneous sports memorabilia located at 622 Fertilla Street, Carrollton, Georgia** | | **5,000.00** |
| 6. Wearing apparel. | | **Miscellaneous wearing apparel located at Debtor's personal residence.** | | **500.00** |
| 7. Furs and jewelry. | | **Wedding bands and miscellaneous jewelry located at Debtor's personal residence.** | **J** | **1,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Brokerage Account with ING Financial Partners, account ending 3484** | **J** | **5.75** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Brokerage account with ING Financial Partners; account ending 1485** | **J** | **34.73** |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Investment account with ING Financial Partners, account ending 2020** | **W** | **2,082.50** |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins**                                          ,      Case No. _____
**Debtors**                                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA with Ameritrade; account ending 3567** | H | 879.11 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA with Equity Trust Company, P.O. Box 1529, Elyria, OH 44036, said  IRA being a self-directed IRA, having no cash value.** | H | 0.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Traditional IRA with ING Financial Partners; account ending 2830** | W | 6,859.45 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Traditional IRA with Investors Insurance Corporation, 25 Legacy Drive Northwest, Rome, GA 30162-7216; account number 35468.** | W | 171,271.03 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Traditional IRA with Investors Insurance Corporation, 25 Legacy Drive Northwest, Rome, GA 30162-7216; account number 35470.** | H | 199,059.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1,579 shares of First Georgia Banking company Stock** | J | 7,000.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% membership interest in LCS & Associates, LLC, formed in October, 2009 to perform contract labor.** | H | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **19.6% interest in TFD Family Partnership, LP** | W | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **20% interest in The Denney Family Corporation.** | W | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **46% Membership Interest in The Old Block Properties, LLC, being owner of real estate and rental properties.** | | 38,640.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% membership interest in Chris-Mar, LLC which sold catalog returns and ceased operations in August, 2008 having approximately $1000.00 in inventory and liabilities in excess of $20,000.00.** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% Membership interest in D&R Superette, LLC which formerly owned and operated a convenience store which closed in July, 2008 currently having no assets and liabilities in excess of $42,000.00.** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% Membership interest in LCRC Investment, LLC which owns an office building located at 622 Fertilla Street, Carrollton, currently in foreclosure and miscellaneous office equipment furnishings.** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **50% Membership interest in MCG Properties, L.L.C. being insolvent and having filed Chapter 7 Bankruptcy** | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  <u>Larry C. Simpkins   Mary D. Simpkins</u>                              ,        Case No. _____
                                    **Debtors**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% Membership interest in ZTJ Home Builders, LLC which owns real estate which is currently in default of payments and will be foreclosed.** | | 0.00 |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% stock ownership in Sweetgrass, Inc. being insolvent and having filed Chapter 7 Bankruptcy.** | | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Estimated tax refund from Internal Revenue Service and Georgia Department of Revenue for 2009** | | 5,200.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loan from Mary Simpkins to Chris-Mar, LLC for purchase of inventory.** | | 20,809.00 |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loan from Mary Simpkins to D&R Superette, LLC for operating expenses.** | | 42,042.40 |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loan from Mary Simpkins to Old Block Properties, LLC.** | | 129,194.55 |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loan from Mary Simpkins to Sweetgrass, Inc., said corporation being insolvent and having filed Chapter 7 Bankruptcy.** | | 72,429.03 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Larry C. Simpkins    Mary D. Simpkins**_____,    Case No. _____
                                    Debtors                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1961 Chevrolet Pickup which is inoperable** | H | 300.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1965 Chrysler New Yorker which is currently inoperable.** | H | 300.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1977 C20 Chevrolet pickup truck** | H | 250.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1984 Chevrolet pickup truck** | H | 200.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Ford service truck.** | W | 550.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Bush hog, garden tractor, rhino cutter, chisel tooth plow, combine, hydraulic blade mower, planter, post driver, seeder, smoothing harrow, square baler, taylorway harrow, acetyline/oxygen supplies, assorted hardware, saws, drills, jumper cables, lawn mower, miscellaneous hand tools, weed eater and welder located at Debtor's personal residence.** | | 3,000.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **Gooseneck trailer.** | J | 800.00 |
| Machinery, fixtures, equipment and supplies used in business. | | **Home made towing trailer** | J | 200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Adult bull $800.00;  5 Cows $2,000.00; 4 heifers $1,200.00; 3 calves $300.00; 1 young bull $300.00** | | 4,500.00 |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Larry C. Simpkins    Mary D. Simpkins**                                                    ,          Case No. _____
                                               **Debtors**                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **23 mobile homes used as rental units located at OakGrove Road, Carrollton, Georgia.  Said real estate being owned by The Old Block Properties, LLC and said real property only having a first priority lien in favor of First Georgia Banking Company.  For a complete list, see Attachment "A" to Schedule B.** | | 0.00 |
| Other personal property of any kind not already listed. Itemize. | | **5 shares interest in movie "Conjurer".  Original investment was $25,000.  Movie has been on market since 2007, but profits have not been adequate to pay any proceeds to investors.** | | 0.00 |

_____4_____    continuation sheets attached              Total ➔        **$ 715,519.10**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

## MOBILE HOME OWNERSHIP

| TAXPAYER NAME ON ACCOUNT | UNIT NUMBER | DESCRIPTION | ADDRESS | YEAR OF ESTIMATED PURCHASE VALUE |
|---|---|---|---|---|
| LARRY SIMPKINS | 1 | 1984 NORTH RIVER 14X66 | 1331 OAK GROVE RD, CARROLLTON | 1989 |
| MARY SIMPKINS | 3 | 1986 PEACHSTATE 14X52 | 1360 OAK GROVE RD, CARROLLTON | 1978 |
| LARRY SIMPKINS | 4 | 1973 SUNSHINE 12X54 | 1345 OAK GROVE RD, CARROLLTON | 1987 |
| LARRY SIMPKINS | 5 | 1987 SUNSHINE BROOKWOOD 14X72 | 1347 OAK GROVE RD, CARROLLTON | 1987 |
| LARRY SIMPKINS | 7 | 1987 LIBERTY 14X66 | 1351 OAK GROVE RD, CARROLLTON | 1987 |
| LARRY SIMPKINS | 9 | 1987 SOUTHERN DREAM 14X66 | 1353 OAK GROVE RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 10 | 1970 REGENT 12X65 | 1381 OAK GROVE RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 11 | 1983 ESCORT 14X48 | 2256 OAK GROVE CHURCH RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 12 | 1983 EASTWOOD 14X48 | 2278 OAK GROVE CHURCH RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 13 | 1983 EASTWOOD 14X48 | 2260 OAK GROVE CHURCH RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 14 | 1973 CRAFTMADE 12X65 | 1415 OAK GROVE RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 16 | 1983 BUCCANEER 14X52 | 2270 OAK GROVE CHURCH RD, CARROLLTON | 1983 |
| LARRY SIMPKINS | 17 | 1986 CATALINA 14X60 | 1435 OAK GROVE RD, CARROLLTON | 1986 |
| LARRY SIMPKINS | 18 | 1980 COLONIAL 14X66 | 1371 OAK GROVE RD, CARROLLTON | 1986 |
| LARRY SIMPKINS | 19 | 1987 SUNSHINE BROOKWOOD 14X72 | 1359 OAK GROVE RD, CARROLLTON | 1987 |
| MARY SIMPKINS | 20 | 1984 SUMMIT 14X56 | 1355 OAK GROVE RD, CARROLLTON | 1986 |
| LARRY SIMPKINS | 21 | 1987 CAVALIER 14X60 | 1400 OAK GROVE RD, CARROLLTON | 1986 |
| LARRY SIMPKINS | 22 | 1987 SUNSHINE BROOKWOOD 14X66 | 1411 OAK GROVE RD, CARROLLTON | 1987 |
| LARRY SIMPKINS | 28 | 1987 REDMAN 14X76 | 1393 OAK GROVE RD, CARROLLTON | 1990 |
| LARRY SIMPKINS | 29 | 1989 EAGLE 14X71 | 1375 OAK GROVE RD, CARROLLTON | 1991 |
| JOINT | 34 | 1983 FLEETWOOD 28X52 | 1588 OAK GROVE RD, CARROLLTON | 1993 |
| JOINT | 36 | 1997 BELMONT PREMIER 16X80 | 1934 OAK GROVE RD, CARROLLTON | 1996 |
| JOINT | 37 | 1999 OAK WOOD 28X48 | 2620 OLD COLUMBUS RD, CARROLLTON | 2003 |

B6C (Official Form 6C) (12/07)

In re   **Larry C. Simpkins    Mary D. Simpkins** _____    Case No. _____
                                        Debtors                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1961 Chevrolet Pickup which is inoperable** | **Ga. Code Ann. § 44-13-100(a)(3)** | **300.00** | 300.00 |
| **1965 Chrysler New Yorker which is currently inoperable.** | **Ga. Code Ann. § 44-13-100(a)(3)** | **300.00** | 300.00 |
| **1977 C20 Chevrolet pickup truck** | **Ga. Code Ann. § 44-13-100(a)(3)** | **250.00** | 250.00 |
| **1984 Chevrolet pickup truck** | **Ga. Code Ann. § 44-13-100(a)(3)** | **200.00** | 200.00 |
| **1989 Ford service truck.** | **Ga. Code Ann. § 44-13-100(a)(3)** | **550.00** | 550.00 |
| **Brokerage Account with ING Financial Partners, account ending 3484** | **Ga. Code Ann. § 44-13-100(a)(6)** | **5.75** | 5.75 |
| **Brokerage account with ING Financial Partners; account ending 1485** | **Ga. Code Ann. § 44-13-100(a)(6)** | **34.73** | 34.73 |
| **Bush hog, garden tractor, rhino cutter, chisel tooth plow, combine, hydraulic blade mower, planter, post driver, seeder, smoothing harrow, square baler, taylorway harrow, acetyline/oxygen supplies, assorted hardware, saws, drills, jumper cables, lawn mower, miscellaneous hand tools, weed eater and welder located at Debtor's personal residence.** | **Ga. Code Ann. § 44-13-100(a)(7)** | **3,000.00** | 3,000.00 |
| **Cash on hand.** | **Ga. Code Ann. § 44-13-100(a)(6)** | **250.00** | 250.00 |
| **Estimated tax refund from Internal Revenue Service and Georgia Department of Revenue for 2009** | **Ga. Code Ann. § 44-13-100(a)(6)** | **5,200.00** | 5,200.00 |
| **Home made towing trailer** | **Ga. Code Ann. § 44-13-100(a)(6)** | **200.00** | 200.00 |
| **Investment account with ING Financial Partners, account ending 2020** | **Ga. Code Ann. § 44-13-100(a)(6)** | **2,082.50** | 2,082.50 |

B6C (Official Form 6C) (12/07) - Cont.

In re  **Larry C. Simpkins    Mary D. Simpkins** _____    Case No. _____
Debtors    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Joint personal checking account with First Georgia Banking Company, 100 Tom Reeve Drive, Carrollton, GA 30117; account ending 3182** | **Ga. Code Ann. § 44-13-100(a)(6)** | **108.00** | **108.00** |
| **Miscellaneous household goods and furnishings located at Debtor's personal residence.** | **Ga. Code Ann. § 44-13-100(a)(4)** | **1,500.00** | **1,500.00** |
| **Miscellaneous wearing apparel located at Debtor's personal residence.** | **Ga. Code Ann. § 44-13-100(a)(4)** | **500.00** | **500.00** |
| **Personal checking account with Regions Bank, Carrollton, Georgia; account ending 2015** | **Ga. Code Ann. § 44-13-100(a)(6)** | **1,554.55** | **1,554.55** |
| **Roth IRA with Ameritrade; account ending 3567** | **Ga. Code Ann. § 44-13-100(a)(6)** | **879.11** | **879.11** |
| **Traditional IRA with ING Financial Partners; account ending 2830** | **Ga. Code Ann. § 18-4-22** | **6,859.45** | **6,859.45** |
| **Traditional IRA with Investors Insurance Corporation, 25 Legacy Drive Northwest, Rome, GA 30162-7216; account number 35470.** | **Ga. Code Ann. § 33-28-7** | **199,059.00** | **199,059.00** |
| **Traditional IRA with Investors Insurance Corporation, 25 Legacy Drive Northwest, Rome, GA 30162-7216; account number 35468.** | **Ga. Code Ann. § 33-28-7** | **171,271.03** | **171,271.03** |
| **Wedding bands and miscellaneous jewelry located at Debtor's personal residence.** | **Ga. Code Ann. § 44-13-100(a)(5)** | **1,000.00** | **1,000.00** |

B6D (Official Form 6D) (12/07)

In re **Larry C. Simpkins  Mary D. Simpkins** ,                    Case No. _____

                                    **Debtors**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐        Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1134040486 <br><br>**America's Servicing Company**<br>**P.O. Box 10388**<br>**Des Moines, IA 50306-0388** | | | **Mortgage**<br>**Condominium located at 286 Fireside Drive, Chimney Cove, Randolph County, Alabama**<br><br>**VALUE $150,000.00** | | | | 173,612.30 | 23,612.30 |
| ACCOUNT NO. 040400-2184 <br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | X | | **Security Agreement and Mortgage**<br>**Personal residence and 8.4 acres located at 2030 Oak Grove Road, Carrollton, Carroll County, Georgia 30117; parcel 080-0031**<br><br>**VALUE $330,000.00** | | | | 449,000.00 | 119,000.00 |

0     continuation sheets attached

Subtotal ➢
(Total of this page)

| $ | 622,612.30 | $ | 142,612.30 |
|---|---|---|---|

Total ➢
(Use only on last page)

| $ | 622,612.30 | $ | 142,612.30 |
|---|---|---|---|

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Larry C. Simpkins   Mary D. Simpkins**                          Case No. _____
_____                                          (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins**                                          Case No. _____
                                                                                                              (If known)
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Improvement Dist of Town of Wedowee Chimney Cove**<br>**11 Main Street South**<br>**Wedowee, AL 36278** | | | **Condominium** | | | | **4,920.80** | **4,920.80** | **$0.00** |
| ACCOUNT NO.<br>**Ranolph County Revenue Commissioner**<br>**P.O. Box 310**<br>**Wedowee, AL 36278** | | | **2009 Property Tax on Condominium** | | | | **2,962.16** | **2,962.16** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **7,882.96** | $ **7,882.96** | $ **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **7,882.96** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **7,882.96** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Larry C. Simpkins    Mary D. Simpkins** _____      Case No. _____
_____
                                    **Debtors**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **150040730844** | X | | | | | | 35,662.00 |
| **AICCO, Inc. 1001 Winstead Drive Suite 500 Cary, NC 27513** | | | **Unsecured loan for insurnace premiums for Sweetgrass, Inc.** | | | | |
| ACCOUNT NO. | X | | | | | | 100.00 |
| **Alabama Power Corporate Office 600 18th Street North Birmingham, AL 35203** | | | **Utility services provided to Debtor's business Sweetgrass, Inc.** | | | | |
| ACCOUNT NO. | X | | | | | | 1,200.00 |
| **Aramark Uniform Services, Inc. P.O. Box 54343 Atlanta, GA 30308** | | | **Services provided to Sweetgrass, Inc.** | | | | |
| ACCOUNT NO. | X | | | | | | 1,000.00 |
| **AT&T P.O. Box 105262 Atlanta, GA 30308** | | | **Services provided to Sweetgrass, Inc.** | | | | |
| ACCOUNT NO. | X | | | | | | 4,000.00 |
| **Blossman Propane Gas 1662 Old Highway 431 Wedowee, AL 36278** | | | **Utility services provided to Sweetgrass, Inc.** | | | | |

_15_  Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▸ | $ | 41,962.00 |
| Total ▸ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry C. Simpkins    Mary D. Simpkins**                                    Case No. _____
_____
                                                Debtors                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 69,500.00 |
| **Buffalo Holdings, LLC** **106 Wedgewood Drive** **Carrollton, GA 30117** | | | Unsecured loan to Chimney Cove, LLC for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | | X | | | | | 65.00 |
| **Bug House Pest Control** **1210 Commerce Drive** **Suite 101** **Greensboro, Ga 300642** | | | Services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | | X | | | | | 25,000.00 |
| **Butts County** **625 W. 3rd Street** **Suite 4** **Jackson, GA 30233** | | | Warranty on work performed by Sweetgrass, Inc. | | | | |
| ACCOUNT NO.    00103350420001 | | X | | | | | 9,600.00 |
| **Canon Financial Services, Inc.** **14904 Collections Center Drive** **Chicago, IL  60693** **Scott H. Marcus & Associates** **121 Johnson Road** **Turnersville, NJ 08012** | | | Equipment lease with Sweetgrass, Inc. | | | | |

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ⌐ $    104,165.00

Total ⌐ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins**                              Case No. _____
                                Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Carquest of Carrollton**<br>**904 Maple Street**<br>**Carrollton, GA 30117** | | | Services provided to Sweetgrass, Inc. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Carter & Sloope**<br>**6310 Peake Road**<br>**Macon, GA 31210** | | | Engineering services provided to Sweetgrass, Inc. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Caterpillar, Inc.**<br>**100 NE Adams Street**<br>**Peoria, IL 61629**<br><br>**Caterpillar Financial Services Corp**<br>**2120 West End Avenue**<br>**Nashville, TN 37203-0986** | | | Possible worker's compensation claim against Sweetgrass, Inc. of former employee injured due to Caterpillar equipment malfunction. | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| **Chimney Cove Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117** | | | Any possible claims Creditor may assert. | | | | |

Sheet no.  2  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ➤ $        0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Larry C. Simpkins   Mary D. Simpkins                          Case No. _____
_____                                    (If known)
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,080.00 |
| Chimney Cove Master Assoc., Inc. P.O. Box 830 Carrollton, GA 30112 | | | Homeowner's association dues. | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| Chimney Cove, LLC 106 Wedgewood Drive Carrollton, GA 30117 | | | Any possible claims Creditor may assert. | | | | |
| ACCOUNT NO.   0906800000 | X | | | | | | 200.00 |
| City of Thomson P.O. Box 1017 309 Main Street Thomson, GA 30824 | | | Utility services provided to Sweetgrass, Inc. | | | | |
| ACCOUNT NO. | X | | | | | | 500,000.00 |
| Consolidated Pipe & Supply Co., Inc. 1205 Hilltop Parkway Birmingham, AL 35204  S. Gregory Joy, Esq. Smith, Currie & Hancock, LLP 2700 Marquis One Tower 245 Peachtree Ctr. Ave., NE Atlanta, GA 30303-1227 | | | Services and supplies provided to Sweetgrass, Inc. | | | | |

Sheet no. 3 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        501,280.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins** _____        Case No. _____
                                                                                             (If known)
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 200.00 |
| Dish Network<br>P.O. Box 105169<br>Atlanta, GA 30348 | | | Services provided to 286 Fireside Drive, Wedowee, Alabama property. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Eby Brown Co., L.L.C.<br>P.O. Box 549<br>Rockmart, GA 30153 | | | Inventory supplied to MCG Properties, L.L.C. for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 4,350,000.00 |
| First Commercial Bank<br>P.O. Box 11746<br>Birmingham, AL 35202-1746 | | | Buffalo Holdings, LLC Wedowee-Chimney Cove Improvement District Special Assessment Revenue Bond Series 2007 for which Debtor is personally liable. | | | | |
| ACCOUNT NO.   1040 0900 | X | | | | | | 105,781.07 |
| First Georgia Banking Co.<br>P.O. Box 674824<br>Marietta, GA 30006-0005<br><br>Bankcard Center<br>P.O. Box 569200<br>Dallas, TX 75356 | | | Various business purchases of Sweetgrass, Inc. | | | | |

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                4,455,981.07

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins** _____      Case No. _____
                              Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **706008157**<br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | X | | **Loan secured by property owned by ZTJ Home Builder LLC located at 482 Tucker Trail, Lot 70, Bentwater Subdivision for which Debtor is personally liable.** | | | | 232,000.00 |
| ACCOUNT NO.<br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | X | | **Loan secured by ZTJ Home Builder, LLC located at 142 Zachary Drive, Carroll Crest Subdivision for which Debtor is personally liable.** | | | | 222,000.00 |
| ACCOUNT NO.<br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | | | **Loan secured by property of The Old Block Properties, LLC for which Debtor is personally liable.** | | | | 230,000.00 |
| ACCOUNT NO.    **50200504**<br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | X | | **Loan secured by property of MCG Properties, L.L.C. located at 2408 Highway 27 South and 2418 Highway 27 South, Carroll County, Georgia for which Debtor is personally liable.** | | | | 462,281.75 |
| ACCOUNT NO.    **801012595**<br><br>**First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** | X | | **Loan secured by property of Sweetgrass, Inc. located at 5049 Adams Chapel Road, SE,  McDuffie County, Georgia for which Debtor is personally liable.** | | | | 89,290.00 |

Sheet no.  5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      **1,235,571.75**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Larry C. Simpkins   Mary D. Simpkins                              Case No. _____
                          Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **50200504** | X | | | | | | **374,237.00** |
| **First Georgia Banking Company** **100 Tom Reeve Drive** **Carrollton, GA 30117** | | | Loan secured by property owned by LCRC Investments, LLC located at 622 Fertilla Street, Carrollton, Carroll County, Georgia for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | **8,176,242.70** |
| **First National Bank of Georgia** **201 Maple Street** **Carrollton, GA 30117** **Gerald L. Blanchard, Esq.** **Bryan Cave Powell Goldstein** **One Atlantic Center, 14th Floor** **1201 W. Peachtree St., NW** **Atlanta, GA 30309** | | | Loans secured by property of Buffalo Holdings, LLC located in Chimney Cove Subdvision, Randolph County, Alabama for which Debtor is personally liable. | | | | |

Sheet no.  6 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **8,550,479.70**

Total  ➤  $  
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    <u>Larry C. Simpkins    Mary D. Simpkins</u>                              Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 490,949.00 |
| First National Ins. Co. of America P.O. Box 34526 Seattle, WA 98124-1526 <br><br> P. Keith Lichtman, Esq. Mills Paskert Divers 1355 Peachtree Street Suite 1550 Atlanta, GA 30309 <br><br> Kenneth Rockenbach, Esq. Liberty Mutual Surety 1600 N. Collins Blvd. Suite 3000 Richardson, TX 75080-3580 <br><br> Safeco Insurance Companies P.O. Box 34526 Seattle, WA 98124-1526 | | | Claim on General Agreement of Indemnity for Contractors against Sweetgrass, Inc. and MCG Properties, LLC for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | X | | | X | X | X | 0.00 |
| Gerald Glen Dukes, Jr. 2865 Barrett Court Powder Springs, GA 30127 | | | Worker's compensation claim against Sweetgrass, Inc. of former employee for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Graham-Naylor Agency, Inc. Attention: John Earl 1355 Terrell Mill Road Building 1464 Marietta, GA 30067-5487 | | | Insurance provided to Sweetgrass, Inc. | | | | |

Sheet no. <u>7</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $    490,949.00

Total ➤ | $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Larry C. Simpkins   Mary D. Simpkins**                              Case No. _____
                                    **Debtors**                                                                **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Harleysville Insurance** 355 Maple Avenue Harleysville, PA 19438 | | | Insurance provided to Sweetgrass, Inc. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Harrington Health** 75 Remittance Drive Suite 1854 Chicago, IL 60675 | | | Insurance provided to Sweetgrass, Inc. | | | | |
| ACCOUNT NO. | X | | | X | X | X | 1.00 |
| **Improvement Dist of Town of Wedowee** Chimney Cove 11 Main Street South Wedowee, AL 36278 | | | Consideration for claim under trust indenture relating to special assessment revenue bonds relating to Chimney Cove project of Buffalo Holdings, LLC for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 105,375.00 |
| **Improvement Dist of Town of Wedowee** Chimney Cove 11 Main Street South Wedowee, AL 36278 | | | Assessment for public improvements against Buffalo Holdings, LLC for which Debtor is personally liable. | | | | |
| ACCOUNT NO.    77700068449 | X | | | | | | 44,000.00 |
| **Komatsu Financial** P.O. Box 99303 Chicago, IL 60693-9303 | | | Possible deficiency claim for equipment of Sweetgrass, Inc. previously reposessed for which Debtor is personally liable. | | | | |

Sheet no.  8  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 149,376.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Larry C. Simpkins   Mary D. Simpkins_____     Case No. _____
                         Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LCRC Investments, LLC <br> 2030 Oak Grove Road <br> Carrollton, GA 30117 | X | | Unsecured loan to MCG Properties, L.L.C. for which Debtor is personally liable. | | | | 39,149.86 |
| ACCOUNT NO.  6383129-0000 <br><br> Liberty Mutual Surety <br> 1600 N. Collins Blvd. <br> Suite 3000 <br> Richardson, TX 75080-3580 | X | | Surety Bond for Sweetgrass, Inc. | | | | 222,485.16 |
| ACCOUNT NO. <br><br> McDuffie County <br> 337 Main Street <br> Thomson, GA 30824 | X | | Warranty on work performed by Sweetgrass, Inc. for which Debtor is personally liable. | | | | 50,000.00 |
| ACCOUNT NO. <br><br> McDuffie County Water Improvements <br> c/o Fowler & Wills, L.L.C. <br> 318 Jackson street <br> P.O. Box 1620 <br> Thomson, GA 30824-1620 | X | | Water improvement contract of Sweetgrass, Inc. for which Debtor is personally liable. | | | | 16,759.23 |
| ACCOUNT NO. <br><br> MCG Properties, LLC <br> 622 Fertilla Street <br> Suite B <br> Carrollton, GA 30117 | X | | Unsecured loan to Buffalo Holdings, LLC, Bentwater HOA, Carroll Crest HOA and MCG Properties for which Debtor is personally liable. | | | | 100,000.00 |

Sheet no. _9_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 428,394.25

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Larry C. Simpkins   Mary D. Simpkins                                    Case No. _____
_____                                      (If known)
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  401229400 | X | | | | | | 149,679.00 |
| McIntosh Commercial Bank 820 Dixie Street Carrollton, GA 30117 | | | Loan secured by property owned by ZTJ Home Builders, LLC located at 381 Ria's Way, Benwater Subdivision for which Debtor is personally liable. | | | | |
| ACCOUNT NO.  400597700 | X | | | | | | 220,000.00 |
| McIntosh Commercial Bank 820 Dixie Street Carrollton, GA 30117 | | | Loan Secured by property owned by MCG Properties, L.L.C. located in Bentwater Subdivision, for which Debtor is personally liable. | | | | |
| ACCOUNT NO.  93100757 | X | | | | | | 200.00 |
| McIntosh Commercial Bank P.O. Box 674824 Marietta, GA 30006-0005  Bankcard Center P.O. Box 569200 Dallas, TX 75356 | | | Various business purchases of MCG Properties, LLC for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 248,472.00 |
| McIntosh Commercial Bank 820 Dixie Street Carrollton, GA 30117  Richard A. McCall, Esq. Hartley, Rowe & Fowler, PC P.O. Box 489 Douglasville, GA 30133 | | | Loan secured by property owned by MCG Properties, LLC located in Carroll Crest Subdivision, for which Debtor is personally liable. | | | | |

Sheet no.  10 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $      618,351.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Larry C. Simpkins    Mary D. Simpkins** _____    Case No. _____
                                        **Debtors**                                              **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    93100518 | | X | | | | | 140.00 |
| McIntosh Commercial Bank P.O. Box 674824 Marietta, GA 30006-0005  Bankcard Center P.O. Box 569200 Dallas, TX 75356 | | | Various business purchases of MCG Properties, LLC for which Debtor is personally liable. | | | | |
| ACCOUNT NO.    93100526 | | X | | | | | 200.00 |
| McIntosh Commercial Bank P.O. Box 674824 Marietta, GA 30006-0005  Bankcard Center P.O. Box 569200 Dallas, TX 75356 | | | Various business purchases of MCG Properties, LLC for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | | X | | X | X | X | 1.00 |
| Merchant Capital, L.L.C. P.O. Box 241848 Montgomery, AL 36124 | | | Claims against Buffalo Holdings, LLC under Re-marketing Agreement relating to special assessment revenue bonds for which Debtor is personally liable. | | | | |
| ACCOUNT NO. | | X | | | | | 20,000.00 |
| MWC Construction Company, LLC 530 Newnan Street Carrollton, GA 30117 | | | Services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |

Sheet no. __11__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    **20,341.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins**                            Case No. _____
                              **Debtors**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 2,000.00 |
| Neff Rental, Inc. P.O. Box 405138 Atlanta, GA 30384-5138 | | | Services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Precision Planning, Inc. 400 Pike Blvd. Lawrenceville, GA 30045 | | | Services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 474.00 |
| Radiology Atlanta Group, PC P.O. Box 465117 Lawrenceville, GA 30042-5117 | | | Fraudulent worker's compensation claim against Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 6,300.00 |
| Randy Simpkins 150 Gold Dust Trail Carrollton, GA 30117 | | | Unsecured loans to Sweetgrass, Inc. for which Debtor is personally responsible. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Real Estate West, Inc. 850 Cedar Street Carrollton, GA 30117 | | | Possible claim for breach of real estate listing agreement for Bentwater Subdivision and Carroll Crest Subdivision. | | | | |

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸  $      8,774.00

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Larry C. Simpkins   Mary D. Simpkins                              Case No. _____
                              Debtors                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 0.00 |
| Re-Max United 604 Alabama Avenue Bremen, GA 30110 | | | Possible claim for breach of real estate listing agreement for Bentwater Subdivision and Carroll Crest Subdivision. | | | | |
| ACCOUNT NO.   5477950010400900 | X | | | | | | 109,000.00 |
| Silverton Bridge Bank, N.A. Attention: Frank McGonagle, VP 3284 Northside Parkway, NW Atlanta, GA 30327 | | | Various business purchases of Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| Sports Turf Company, Inc. 1487 Blackdirt Road Whitesburg, GA 30185 | | | General contracting services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | | |
| ACCOUNT NO. | X | | | | | | 500,000.00 |
| Stoneco Development, LLC 106 Wedgewood Drive Carrollton, GA 30117 | | | Promissory Note | | | | |
| ACCOUNT NO. | X | | | | | | 257,709.00 |
| Sweetgrass, Inc. 622 Fertilla Street Suite B Carrollton, GA 30117 | | | Unsecured loan to MCG Properties, L.L.C for which Debtor is personally liable. | | | | |

Sheet no.  13  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $        866,709.00

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Larry C. Simpkins   Mary D. Simpkins**_____     Case No. _____
                    Debtors                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **14002** | X | | | | | | 67.76 |
| **The Water Sewer and Gas Board of the Town of Wedowee** P.O. Box 935 Wedowee, AL 36278 | | | **Utility services provided to Sweetgrass, Inc. for which Debtor may be personally liable.** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Tisinger Vance PC** Attention:  Avery S. Jackson 100 Wagon Yard Plaza Carrollton, GA 30117 | | | **Legal services provided to Debtor.** | | | | |
| ACCOUNT NO. | X | | | | | | 60,000.00 |
| **Tonnie Allen d/b/a Allen's Grade All** c/o Litigation Mediation Group 2290 10th Avenue North, Ste 306 Lake Worth, FL 33461 | | | **Subcontractor who failed to complete contracted work for Sweetgrass, Inc. for which Debtor may be personally liable.** | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| **Travelers Commercial Insurance** 135 N. Furnace Street Birdsboro, PA 19508 | | | **Insurance provided to Sweetgrass, Inc. for which Debtor may be personally liable.** | | | | |

Sheet no.  14 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



Subtotal ▸ | $ | 60,067.76

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    <u>Larry C. Simpkins    Mary D. Simpkins</u>                        Case No. _____
                                    _____
                                          Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  360589246-A<br><br>**Verizon Wireless - Serg**<br>**P.O. Box 105378**<br>**Atlanta, GA 30348**<br><br><br>**RMS Collections**<br>**1000 Circle 75 Parkway**<br>**Suite 400**<br>**Atlanta, GA 30339** | X | | Cellular telephone services provided to Sweetgrass, Inc. for which Debtor may be personally liable. | | | X | 497.99 |
| **ACCOUNT NO.**<br><br>**Yancey Brothers**<br>**Drawer CS 198757**<br>**Atlanta, GA 30384-8757** | X | | Debt of Sweetgrass, Inc. for which Debtor may be personally liable. | | | | 0.00 |

Sheet no. <u>15</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims



|  | Subtotal ➤ | $ | 497.99 |
|---|---|---|---|
|  | Total ➤ | $ | 17,532,899.52 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: <u>Larry C. Simpkins    Mary D. Simpkins</u> _____,    Case No. _____
**Debtors**                                                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Canon Financial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL  60693** | **60 months contract on equipment.** |

B6H (Official Form 6H) (12/07)

In re: **Larry C. Simpkins    Mary D. Simpkins** _____    Case No. _____
_____    (If known)
Debtors

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | AICCO, Inc.<br>1001 Winstead Drive<br>Suite 500<br>Cary, NC 27513 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Alabama Power<br>Corporate Office<br>600 18th Street North<br>Birmingham, AL 35203 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Aramark Uniform Services, Inc.<br>P.O. Box 54343<br>Atlanta, GA 30308 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30308 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Blossman Propane Gas<br>1662 Old Highway 431<br>Wedowee, AL 36278 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Bug House Pest Control<br>1210 Commerce Drive<br>Suite 101<br>Greensboro, Ga 300642 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Butts County<br>625 W. 3rd Street<br>Suite 4<br>Jackson, GA 30233 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL  60693 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Carquest of Carrollton<br>904 Maple Street<br>Carrollton, GA 30117 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Carter & Sloope<br>6310 Peake Road<br>Macon, GA 31210 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | Caterpillar, Inc.<br>100 NE Adams Street<br>Peoria, IL  61629 |
| Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117 | City of Thomson<br>P.O. Box 1017<br>309 Main Street<br>Thomson, GA 30824 |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins    Mary D. Simpkins** _____     Case No. _____
                                     **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Consolidated Pipe & Supply Co., Inc.**<br>**1205 Hilltop Parkway**<br>**Birmingham, AL 35204** |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Eby Brown Co., L.L.C.**<br>**P.O. Box 549**<br>**Rockmart, GA 30153** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **First Commercial Bank**<br>**P.O. Box 11746**<br>**Birmingham, AL 35202-1746** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **First Georgia Banking Co.**<br>**P.O. Box 674824**<br>**Marietta, GA 30006-0005** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins    Mary D. Simpkins**                                      Case No. _____
_____                                                              **(If known)**
                        **Debtors**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **LCRC Investments, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** | |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **ZTJ Home Builder, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** | |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins    Mary D. Simpkins**
_____    Case No. _____
Debtors                                                        (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ZTJ Home Builder, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** | **First Georgia Banking Company**<br>**100 Tom Reeve Drive**<br>**Carrollton, GA 30117** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **First National Bank of Georgia**<br>**201 Maple Street**<br>**Carrollton, GA 30117** |
| **Christal L. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **First National Ins. Co. of America**<br>**P.O. Box 34526**<br>**Seattle, WA 98124-1526** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Gerald Glen Dukes, Jr.**<br>**2865 Barrett Court**<br>**Powder Springs, GA 30127** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Graham-Naylor Agency, Inc.**<br>**Attention: John Earl**<br>**1355 Terrell Mill Road**<br>**Building 1464**<br>**Marietta, GA 30067-5487** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins    Mary D. Simpkins**                                      Case No. _____
_____                                              **(If known)**
                                **Debtors**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Graham-Naylor Agency, Inc.**<br>**Attention:  John Earl**<br>**1355 Terrell Mill Road**<br>**Building 1464**<br>**Marietta, GA 30067-5487** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Harleysville Insurance**<br>**355 Maple Avenue**<br>**Harleysville, PA 19438** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Harrington Health**<br>**75 Remittance Drive**<br>**Suite 1854**<br>**Chicago, IL 60675** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br><br>**Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Improvement Dist of Town of Wedowee**<br>**Chimney Cove**<br>**11 Main Street South**<br>**Wedowee, AL 36278** |

B6H (Official Form 6H) (12/07) -Cont.

In re: __Larry C. Simpkins    Mary D. Simpkins_____    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Improvement Dist of Town of Wedowee**<br>**Chimney Cove**<br>**11 Main Street South**<br>**Wedowee, AL 36278** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **LCRC Investments, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Liberty Mutual Surety**<br>**1600 N. Collins Blvd.**<br>**Suite 3000**<br>**Richardson, TX 75080-3580** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins   Mary D. Simpkins** _____   Case No. _____
                                      **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Liberty Mutual Surety**<br>**1600 N. Collins Blvd.**<br>**Suite 3000**<br>**Richardson, TX 75080-3580** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **McDuffie County**<br>**337 Main Street**<br>**Thomson, GA 30824** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **McDuffie County Water Improvements**<br>**c/o Fowler & Wills, L.L.C.**<br>**318 Jackson street**<br>**P.O. Box 1620**<br>**Thomson, GA 30824-1620** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **MCG Properties, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**P.O. Box 674824**<br>**Marietta, GA 30006-0005** |

**B6H (Official Form 6H) (12/07) -Cont.**

In re:  <u>Larry C. Simpkins    Mary D. Simpkins</u>                    Case No.  _____

Debtors                                     (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**820 Dixie Street**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**P.O. Box 674824**<br>**Marietta, GA 30006-0005** |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**820 Dixie Street**<br>**Carrollton, GA 30117** |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**P.O. Box 674824**<br>**Marietta, GA 30006-0005** |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**820 Dixie Street**<br>**Carrollton, GA 30117** |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**P.O. Box 674824**<br>**Marietta, GA 30006-0005** |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**820 Dixie Street**<br>**Carrollton, GA 30117** |

B6H (Official Form 6H) (12/07) -Cont.

In re: __Larry C. Simpkins    Mary D. Simpkins_____    Case No. _____
_____    (If known)
Debtors

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**ZTJ Home Builder, LLC**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** | **McIntosh Commercial Bank**<br>**820 Dixie Street**<br>**Carrollton, GA 30117** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Merchant Capital, L.L.C.**<br>**P.O. Box 241848**<br>**Montgomery, AL 36124** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **MWC Construction Company, LLC**<br>**530 Newnan Street**<br>**Carrollton, GA 30117** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Neff Rental, Inc.**<br>**P.O. Box 405138**<br>**Atlanta, GA 30384-5138** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Precision Planning, Inc.**<br>**400 Pike Blvd.**<br>**Lawrenceville, GA 30045** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Radiology Atlanta Group, PC**<br>**P.O. Box 465117**<br>**Lawrenceville, GA 30042-5117** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Randy Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Real Estate West, Inc.**<br>**850 Cedar Street**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Re-Max United**<br>**604 Alabama Avenue**<br>**Bremen, GA 30110** |

B6H (Official Form 6H) (12/07) -Cont.

In re:  **Larry C. Simpkins    Mary D. Simpkins**                                      Case No.  _____
_____                                                              (If known)
                         Debtors

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Re-Max United**<br>**604 Alabama Avenue**<br>**Bremen, GA 30110** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Silverton Bridge Bank, N.A.**<br>**Attention:  Frank McGonagle, VP**<br>**3284 Northside Parkway, NW**<br>**Atlanta, GA 30327** |
| **Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Sports Turf Company, Inc.**<br>**1487 Blackdirt Road**<br>**Whitesburg, GA 30185** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Stoneco Development, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Sweetgrass, Inc.**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** |

B6H (Official Form 6H) (12/07) -Cont.

In re: __Larry C. Simpkins____Mary D. Simpkins_____          Case No. _____
                                Debtors                                                      (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Sweetgrass, Inc.**<br>**622 Fertilla Street**<br>**Suite B**<br>**Carrollton, GA 30117** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **The Water Sewer and Gas Board**<br>**of the Town of Wedowee**<br>**P.O. Box 935**<br>**Wedowee, AL 36278** |
| **Buffalo Holdings, LLC**<br>**106 Wedgewood Drive**<br>**Carrollton, GA 30117**<br><br>**Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**MCG Properties, LLC**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Tisinger Vance PC**<br>**Attention:  Avery S. Jackson**<br>**100 Wagon Yard Plaza**<br>**Carrollton, GA 30117** |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Tonnie Allen**<br>**d/b/a Allen's Grade All**<br>**c/o Litigation Mediation Group**<br>**2290 10th Avenue North, Ste 306**<br>**Lake Worth, FL 33461** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117** | **Travelers Commercial Insurance**<br>**135 N. Furnace Street**<br>**Birdsboro, PA 19508** |

B6H (Official Form 6H) (12/07) -Cont.

In re: **Larry C. Simpkins    Mary D. Simpkins** _____    Case No. _____
                                            **Debtors**                                                      **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Travelers Commercial Insurance**<br>**135 N. Furnace Street**<br>**Birdsboro, PA 19508** |
| **Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Verizon Wireless - Serg**<br>**P.O. Box 105378**<br>**Atlanta, GA 30348** |
| **Christal Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Randy C. Simpkins**<br>**150 Gold Dust Trail**<br>**Carrollton, GA 30117**<br><br>**Sweetgrass, Inc.**<br>**2030 Oak Grove Road**<br>**Carrollton, GA 30117** | **Yancey Brothers**<br>**Drawer CS 198757**<br>**Atlanta, GA 30384-8757** |

B6I (Official Form 6I) (12/07)

In re **Larry C. Simpkins Mary D. Simpkins**                     Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**
_____

_____

B6J (Official Form 6J) (12/07)

In re <u>Larry C. Simpkins Mary D. Simpkins</u>,                Case No. _____
                 **Debtors**                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,000.00 |
|    a. Are real estate taxes included?  Yes _____ No ✓ | | |
|    b. Is property insurance included?  Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 500.00 |
|        b. Water and sewer | $ | 0.00 |
|        c. Telephone | $ | 98.00 |
|        d. Other **Cellular Telephone Service** | $ | 186.00 |
|        **Satellite Television Service** | $ | 62.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 450.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 400.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 480.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 85.00 |
|        b. Life | $ | 420.00 |
|        c. Health | $ | 34.00 |
|        d. Auto | $ | 42.00 |
|        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | $ | 0.00 |
|        b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Cattle Expense** | $ | 500.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,         $    7,007.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
|    b. Average monthly expenses from Line 18 above | $ | 7,007.00 |
|    c. Monthly net income (a. minus b.) | $ | -7,007.00 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Larry C. Simpkins   Mary D. Simpkins** _____   Case No. _____
                                                                                                    **(If known)**
                          **Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**43**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___01/19/2010___          Signature: ___/s/ Larry C. Simpkins___
                                           **Larry C. Simpkins**
                                                            Debtor

Date: ___01/19/2010___          Signature: ___/s/ Mary D. Simpkins___
                                           **Mary D. Simpkins**
                                                     (Joint Debtor, if any)

                                [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT APPLICABLE)

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Newnan Division**

In re _____ **Larry C. Simpkins   Mary D. Simpkins**_____,    Case No. _____
Debtors    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 |
|---|

| Creditor's Name:<br><br>**America's Servicing Company** | Describe Property Securing Debt:<br><br>**Condominium located at 286 Fireside Drive, Chimney Cove, Randolph County, Alabama** |
|---|---|

Property will be *(check one)*:
  ☑ Surrendered          ☐  Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt          ☑ Not claimed as exempt

| Property No.  2 |
|---|

| Creditor's Name:<br><br>**First Georgia Banking Company** | Describe Property Securing Debt:<br><br>**Personal residence and 8.4 acres located at 2030 Oak Grove Road, Carrollton, Carroll County, Georgia 30117; parcel 080-0031** |
|---|---|

Property will be *(check one)*:
  ☐ Surrendered          ☑  Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt          ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

B 8 (Official Form 8) (12/08)                                                                                    Page 2

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**Canon Financial Services, Inc.** | **Describe Leased Property:**<br><br>**60 months contract on equipment.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES        ☑ NO |

___0___   continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date:  01/19/2010                            /s/ Larry C. Simpkins
                                             **Larry C. Simpkins**
                                             Signature of Debtor

                                              /s/ Mary D. Simpkins
                                             **Mary D. Simpkins**
                                             Signature of Joint Debtor (if any)

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia
### Newnan Division

In re:   **Larry C. Simpkins**                    **Mary D. Simpkins**                    Case No. _____

                                                                                        Chapter    7

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $            **3,000.00**

   Prior to the filing of this statement I have received                          $            **3,000.00**

   Balance Due                                                                    $                **0.00**

2. The source of compensation paid to me was:

   ☐  Debtor                              ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☐  Debtor                              ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   b)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   c)  [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

   I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Dated: ___01/19/2010_____

                                        /s/ J. Nevin Smith
                                        **J. Nevin Smith, Bar No. 661110**

                                        **Smith Diment Conerly, LLP**
                                        Attorney for Debtor(s)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Georgia

## Newnan Division

In re  **Larry C. Simpkins    Mary D. Simpkins** _____,        Case No. _____

Debtors

Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 480,000.00 | | |
| B - Personal Property | YES | 5 | $ 715,519.10 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 668,910.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 7,882.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 17,532,899.52 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 12 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 7,007.00 |
| TOTAL | | 42 | $ 1,195,519.10 | $ 18,209,692.76 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Northern District of Georgia
## Newnan Division

In re  **Larry C. Simpkins    Mary D. Simpkins** _____   Case No. _____

                                      Debtors          Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 7,882.96 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ 0.00 |
| TOTAL | $ 7,882.96 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 7,007.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**United States Bankruptcy Court**
**Northern District of Georgia**
**Newnan Division**

In re  **Larry C. Simpkins    Mary D. Simpkins**

Debtors

Case No. _____

Chapter  **7**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $188,910.28 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 7,882.96 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $17,532,899.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $17,721,809.80 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

In re   **Larry C. Simpkins**                          Case No.
        **Mary D. Simpkins**
        Debtors.                                        Chapter    **7**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $9,951.58 | $4,499.82 |
| Five months ago | $7,211.55 | $4,038.45 |
| Four months ago | $5,769.24 | $3,230.76 |
| Three months ago | $26,640.42 | $24,028.91 |
| Two months ago | $5,769.24 | $3,230.76 |
| Last month | $7,461.55 | $4,288.45 |
| Income from other sources | $0.00 | $0.00 |
| Total net income for six months preceding filing | $ 62,803.58 | $ 43,317.15 |
| **Average Monthly Net Income** | $ 10,467.26 | $ 7,219.53 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:    01/19/2010

                                        /s/ Larry C. Simpkins
                                        **Larry C. Simpkins**

                                                Debtor

                                        /s/ Mary D. Simpkins
                                        **Mary D. Simpkins**

                                                Joint Debtor

```
AICCO, Inc.
1001 Winstead Drive
Suite 500
Cary, NC 27513


Alabama Power
Corporate Office
600 18th Street North
Birmingham, AL 35203


America's Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388


Aramark Uniform Services, Inc.
P.O. Box 54343
Atlanta, GA 30308


AT&T
P.O. Box 105262
Atlanta, GA 30308


Bankcard Center
P.O. Box 569200
Dallas, TX 75356


Blossman Propane Gas
1662 Old Highway 431
Wedowee, AL 36278


Buffalo Holdings, LLC
106 Wedgewood Drive
Carrollton, GA 30117


Bug House Pest Control
1210 Commerce Drive
Suite 101
Greensboro, GA 300642


Butts County
625 W. 3rd Street
Suite 4
Jackson, GA 30233


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


Caterpillar, Inc.
100 NE Adams Street
Peoria, IL 61629


Carquest of Carrollton
```

904 Maple Street
Carrollton, GA 30117


Carter & Sloope
6310 Peake Road
Macon, GA 31210


Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203-0986


Chimney Cove Holdings, LLC
106 Wedgewood Drive
Carrollton, GA 30117


Chimney Cove, LLC
106 Wedgewood Drive
Carrollton, GA 30117


Chimney Cove Master Assoc., Inc.
P.O. Box 830
Carrollton, GA 30112


Randy & Christal Simpkins
150 Gold Dust Trail
Carrollton, GA 30117


City of Thomson
P.O. Box 1017
309 Main Street
Thomson, GA 30824


Consolidated Pipe & Supply Co., Inc
1205 Hilltop Parkway
Birmingham, AL 35204


Dish Network
P.O. Box 105169
Atlanta, GA 30348


Eby Brown Co., L.L.C.
P.O. Box 549
Rockmart, GA 30153


First Commercial Bank
P.O. Box 11746
Birmingham, AL 35202-1746


First Georgia Banking Co.
P.O. Box 674824
Marietta, GA 30006-0005

First Georgia Banking Company
100 Tom Reeve Drive
Carrollton, GA 30117


First National Bank of Georgia
201 Maple Street
Carrollton, GA 30117


First National Ins. Co. of America
P.O. Box 34526
Seattle, WA 98124-1526


Gerald Glen Dukes, Jr.
2865 Barrett Court
Powder Springs, GA 30127


Gerald L. Blanchard, Esq.
Bryan Cave Powell Goldstein
One Atlantic Center, 14th Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309


Graham-Naylor Agency, Inc.
Attention: John Earl
1355 Terrell Mill Road
Building 1464
Marietta, GA 30067-5487


Harleysville Insurance
355 Maple Avenue
Harleysville, PA 19438


Harrington Health
75 Remittance Drive
Suite 1854
Chicago, IL 60675

Improvement Dist of Town of
Wedowee Chimney Cove
11 Main Street South
Wedowee, AL 36278


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303


LCRC Investments, LLC
2030 Oak Grove Road
Carrollton, GA 30117


Kenneth Rockenbach, Esq.
Liberty Mutual Surety
1600 N. Collins Blvd.
Suite 3000
Richardson, TX 75080-3580

```
Liberty Mutual Surety
1600 N. Collins Blvd.
Suite 3000
Richardson, TX 75080-3580


McDuffie County
337 Main Street
Thomson, GA 30824


McDuffie County Water Improvements
c/o Fowler & Wills, L.L.C.
318 Jackson street
P.O. Box 1620
Thomson, GA 30824-1620


MCG Properties, LLC
2030 Oak Grove Road
Carrollton, GA 30117


McIntosh Commercial Bank
820 Dixie Street
Carrollton, GA 30117


McIntosh Commercial Bank
P.O. Box 674824
Marietta, GA 30006-0005


Merchant Capital, L.L.C.
P.O. Box 241848
Montgomery, AL 36124


MWC Construction Company, LLC
530 Newnan Street
Carrollton, GA 30117


Neff Rental, Inc.
P.O. Box 405138
Atlanta, GA 30384-5138


P. Keith Lichtman, Esq.
Mills Paskert Divers
1355 Peachtree Street
Suite 1550
Atlanta, GA 30309


Precision Planning, Inc.
400 Pike Blvd.
Lawrenceville, GA 30045


Radiology Atlanta Group, PC
P.O. Box 465117
Lawrenceville, GA 30042-5117
```

Ranolph County Revenue Commissioner
P.O. Box 310
Wedowee, AL 36278


Real Estate West, Inc.
850 Cedar Street
Carrollton, GA 30117


Re-Max United
604 Alabama Avenue
Bremen, GA 30110


Richard A. McCall, Esq.
Hartley, Rowe & Fowler, PC
P.O. Box 489
Douglasville, GA 30133


RMS Collections
1000 Circle 75 Parkway
Suite 400
Atlanta, GA 30339


S. Gregory Joy, Esq.
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Ctr. Ave., NE
Atlanta, GA 30303-1227


Safeco Insurance Companies
P.O. Box 34526
Seattle, WA 98124-1526


Scott H. Marcus & Associates
121 Johnson Road
Turnersville, NJ 08012


Silverton Bridge Bank, N.A.
Attention: Frank McGonagle, VP
3284 Northside Parkway, NW
Atlanta, GA 30327


Sports Turf Company, Inc.
1487 Blackdirt Road
Whitesburg, GA 30185


Stoneco Development, LLC
106 Wedgewood Drive
Carrollton, GA 30117


Sweetgrass, Inc.
2030 Oak Grove Road
Carrollton, GA 30117

The Water Sewer and Gas Board
of the Town of Wedowee
P.O. Box 935
Wedowee, AL 36278


Tisinger Vance PC
Attention: Avery S. Jackson
100 Wagon Yard Plaza
Carrollton, GA 30117


Tonnie Allen
c/o Litigation Mediation Group
2290 10th Avenue North
Suite 306
Lake Worth, FL 33461


Travelers Commercial Insurance
135 N. Furnace Street
Birdsboro, PA 19508


Verizon Wireless - Serg.
P.O. Box 105378
Atlanta, GA 30348


Yancey Brothers
Drawer CS 198757
Atlanta, GA 30384-8757


ZTJ Home Builder, LLC
622 Fertilla Street
Suite B
Carrollton, GA 30117

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

In re:  **Larry C. Simpkins   Mary D. Simpkins**                          Case No. _____

Debtors                          Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of 6 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:    01/19/2010                          Signed:  /s/ Larry C. Simpkins
                                                       **Larry C. Simpkins**

Dated:    01/19/2010                          Signed:  /s/ Mary D. Simpkins
                                                       **Mary D. Simpkins**

Signed:    /s/ J. Nevin Smith
        **J. Nevin Smith**
        Attorney for Debtor(s)
        Bar no.:         **661110**
        **Smith Diment Conerly, LLP**
        **402 Newnan Street**
        Telephone No.:    **(770) 834-1160**
        Fax No.:          **(770) 834-1190**
        E-mail address:   **jsmith@smithdiment.com**

B22A (Official Form 22A) (Chapter 7) (12/08)

In re **Larry C. Simpkins, Mary D. Simpkins**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☐ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>　　☐ I remain on active duty /or/<br>　　☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>　　OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>　　☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |
| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                    2

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. |
|---|---|
| | a. ☐   Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.** |
| | b. ☐   Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.** |
| | c. ☐   Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |
| | d. ☐   Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| a. | Gross Receipts | $ |
|---|---|---|
| b. | Ordinary and necessary business expenses | $ |
| c. | Business income | Subtract Line b from Line a |

(Line 4 Column A: $    Column B: $)

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| a. | Gross Receipts | $ |
|---|---|---|
| b. | Ordinary and necessary operating expenses | $ |
| c. | Rent and other real property income | Subtract Line b from Line a |

(Line 5 Column A: $    Column B: $)

| 6 | **Interest, dividends, and royalties.** | $ | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. _____ $ | | |

**B22A (Official Form 22A) (Chapter 7) (12/08)**                                                                   3

| | | | |
|---|---|---|---|
| | Total and enter on Line 10. | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ | |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. \| $ <br><br> Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (12/08)**                                                                                      4

| 19B | National Standards: health care. Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |  |
|-----|-----|-----|

| Household members under 65 years of age | | Household members 65 years of age or older | |
|-----|-----|-----|-----|
| a1. Allowance per member | | a2. Allowance per member | |
| b1. Number of members | | b2. Number of members | |
| c1. Subtotal | | c2. Subtotal | |

$

| 20A | Local Standards: housing and utilities; non-mortgage expenses. Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
|-----|-----|-----|

| 20B | Local Standards: housing and utilities; mortgage/rent expense. Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|-----|-----|-----|

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|-----|-----|-----|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| 21 | Local Standards: housing and utilities; adjustment. If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|-----|-----|-----|

| 22A | Local Standards: transportation; vehicle operation/public transportation expense. You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.   ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|-----|-----|

| 22B | Local Standards: transportation; additional public transportation expense. If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|-----|-----|-----|

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                    5

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42.</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |
| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                   6

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|

| | a. | Health Insurance | $ |
|---|---|---|---|
| | b. | Disability Insurance | $ |
| | c. | Health Savings Account | $ |

Total and enter on Line 34

**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:

$ _____                                                                                   | $ |

| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
|---|---|---|
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

| **Subpart C: Deductions for Debt Payment** |
|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |
|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no |

|  | | | | Total: Add Lines a, b and c | $ |
|---|---|---|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/08)** 7

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

| | **Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

**B22A (Official Form 22A) (Chapter 7) (12/08)**                                                                8

| Part VII.  ADDITIONAL EXPENSE CLAIMS | | |
|---|---|---|

| | | |
|---|---|---|
| **56** | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| Expense Description | Monthly Amount |
|---|---|
| Total: Add Lines a, b, and c | $ |

| Part VIII:  VERIFICATION | |
|---|---|

| | |
|---|---|
| **57** | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |

Date: 01/19/2010    Signature:   /s/ Larry C. Simpkins

**Larry C. Simpkins,** (Debtor)

Date: 01/19/2010    Signature:   /s/ Mary D. Simpkins

**Mary D. Simpkins,** (Joint Debtor, if any)