**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| LARRY C. SIMPKINS and | * | CASE NO. 10-10295-WHD |
| MARY D. SIMPKINS, | * | |
|     Debtors. | * | JUDGE W.H.DRAKE, JR. |

**MOTION TO SELL PROPERTY OF THE ESTATE KNOWN AS**
**2604 MANDEVILLE ROAD, BREMEN, CARROLL COUNTY, GEORGIA**
**FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

**COMES NOW**, James G. Baker, Chapter 7 Trustee of the above referenced Debtors' bankruptcy estate ("Trustee") pursuant to Sections 105 and 363 of the United States Bankruptcy Code and Rule 6004 of the Federal Rules of Bankruptcy Procedure and files this "Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances", in support thereof shows the Court as follows:

1.

This court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105 and 363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2.

On January 28, 2010 (the "Petition Date"), Larry C. Simpkins and Mary D. Simpkins ("Debtors") filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code, U.S.C. §§ 101 *et seq.,* as amended (Bankruptcy Code").

3.

James G. Baker was appointed as interim Chapter 7 trustee in Debtor's case and became Debtor's permanent Trustee at the meeting of creditors conducted on March 12, 2010, pursuant 11 U.S.C. § 341.

4.

In accordance with 11 U.S.C. §541(a), the Debtors' bankruptcy estate includes all of the Debtors' legal and equitable interest in that certain limited liability company known as Old Block Properties, LLC which is the titled owner of that certain property known as 2604 Mandeville Road, Bremen, Carroll County, Georgia.

5.

The owners of Old Block Properties, LLC have agreed to deed to the bankruptcy estate all interest in that certain tract of real property known as 2604 Mandeville Road, Bremen, Carroll County, Georgia, in exchange for abandonment of all other real property owned by Old Block Properties, LLC.

6.

The Trustee has obtained an offer for the sale of the property known as 2604 Mandeville Road, Bremen, Carroll County, Georgia for the sum of Nineteen Thousand and no/100 ($19,000.00) Dollars from Keith Harper, or his assigns. A copy of said contract is attached hereto as Exhibit "A".

7.

The following creditors hold a lien on the real property of the estate:
(a) First Georgia Banking Company; (WHICH HAS AGREED TO RELEASE ITS LIEN)
(b) Any prior year's ad valorem taxes including penalty and interest which may have accrued; and
(c) Pro-rata ad valorem taxes for 2011 for State, County, and City property taxes.

8.

From the proceeds of the sale, the Trustee should be authorized to pay the normal closing costs ordinarily paid for by Sellers of real property, including *pro rata* State, County, and City property taxes, together with any other past due taxes or assessments regarding this property and a real estate commission of 6% of the gross sales price of price of $19,000.00, an amount equal to $1,140.00. Trustee shall also be authorized to pay transfer tax.

9.

The real property shall be sold free and clear of any interest or liens of the above named creditors or any interest, claim, lien or encumbrance of any other creditor of the Debtors.

10.

The Purchaser herein is a disinterested party.

11.

The sale described herein is in the best interest of the estate and creditors. Accordingly, Trustee requests that the Court approve the sale.

12.

Trustee requests permission to execute all documents necessary to effectuate this transaction.

13.

Trustee requests that the stay of Rule 6004(g) be waived, and the Trustee be allowed to immediately proceed with the sale upon entry of this Order.

WHEREFORE, Trustee prays that he be authorized to:

1. Sell property of the estate known as 2604 Mandeville Road, Bremen, Carroll County, Georgia, for the sum of $19,000.00 to Keith Harper, or his assigns;
2. to a real estate commission of 6% of the gross sales price equal to $1,140.00;
3. for permission to pay the normal closing costs ordinarily paid for by Sellers of real property, including pro rata State, County and City property taxes, together with any other past due taxes or assessments regarding this property;
4. to pay transfer tax;
5. to execute all documents necessary to effectuate this transaction;
6. for waiver of Rule 6004(g) to allow the Trustee to immediately proceed with the sale upon entry of the Order; and
7. for such other and further relief as is just and proper.

Respectfully submitted,

 /s/ James G. Baker
James G. Baker
Attorney for Trustee
GA Bar No. 033717
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| LARRY C. SIMPKINS and | * | CASE NO. 10-10295-WHD |
| MARY D. SIMPKINS, | * | |
|    Debtors. | * | JUDGE W.H.DRAKE, JR. |

**NOTICE REGARDING SALE OF REAL PROPERTY**
**FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

      James G. Baker, is the Chapter 7 Trustee for the above-styled Debtors' bankruptcy estate. Included in the property of Debtors' bankruptcy estate is property known as 2604 Mandeville Road, Bremen, Carroll County, Georgia Trustee proposes to sell the entire property for a sales price of no less than $19,000.00. The bankruptcy estate is to receive 100% of the net proceeds from the sale. The sale shall be free and clear of all liens, claims and encumbrances.

      The following creditors hold a lien on the real property of the estate:

(a)    First Georgia Banking Company;
(b)    Any prior year's ad valorem taxes including penalty and interest which may have accrued;
(c)    Pro-rata ad valorem taxes for 2011 for State, County, and City property taxes

      The sale contemplated herein shall be free and clear of any interest or lien of the above-named creditor or any interest, claim, lien or encumbrances of any other creditor of the Debtor. The liens shall attach to the proceeds of the sale until such time as the validity of the liens are determined by this Court.

      From the proceeds of sale, the Trustee shall be authorized to pay normal closing costs ordinarily paid for by Sellers of real property, including *pro-rata* State, County and City taxes, together with any other past due taxes or assessments regarding this property, transfer tax, and to pay a real estate commission of 6% of the gross sales price equal to $1,140.00.

      **NOTICE IS HEREBY GIVEN** that parties desiring to object to the proposed sale of the real property free and clear of liens, claims, and encumbrances shall file such objections with the Clerk of the Bankruptcy Court, 18 Greenville Street, P. O. Box 2328, Newnan, Georgia, 30264, within twenty (20) days of the date of mailing shown below, and shall serve a copy of such objection on the Chapter 7 Trustee, James G. Baker, 305 North Greenwood Street, LaGrange, GA 30240.

**IT IS FURTHER ORDERED AND NOTICE IS FURTHER GIVEN** that any creditor or party in interest asserting a lien on the real property or on the proceeds of the sale must timely file an objection as set forth above. Failure to timely file an objection shall constitute a waiver of such objections, and in such event Trustee shall be authorized to sell the real property without further notice or a hearing.

**In the event an objection is timely filed, a hearing thereon will be held in the Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia, at 10:10 o'clock a.m., on the  26th  day of August, 2011.**

Trustee shall serve a copy of this Order and Notice on all creditors and parties in interest and shall certify such service to the Court within three (3) days thereafter.

Respectfully submitted,

 /s/ James G. Baker
James G. Baker
Attorney for Trustee
GA Bar No. 033717
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| LARRY C. SIMPKINS and | * | CASE NO. 10-10295-WHD |
| MARY D. SIMPKINS, | * | |
| Debtors. | * | JUDGE W.H.DRAKE, JR. |

**CERTIFICATE OF SERVICE**

  This is to certify that I have this date served a copy of the within and foregoing **Motion to Sell Property of the Estate Known as 320 Quarters Road, Fayetteville, Fayette County, Georgia, Free and Clear of Liens, Claims and Encumbrances and Notice Regarding Sale of Real Property Free and Clear of Liens, Claims and Encumbrances** upon the following:

Larry C. Simpkins
Mary D. Simpkins
2030 Oak Grove Road
Carrollton, GA 30117

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

J. Nevin Smith
Smith Conerly, LLP
402 Newnan Street
Carrollton, GA 30117

ALL CREDITORS AND PARTIES OF
INTEREST ON ATTACHED MATRIX

by placing a copy of same in the United States mail in properly addressed envelopes with adequate postage thereon to ensure delivery.

Dated:  August 3, 2011

/s/ James G. Baker
James G. Baker
Attorney for Trustee
GA Bar No. 033717
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059

```
Label Matrix for local noticing        America's Servicing Company           First Georgia Banking Co.
113E-3                                 c/o McCalla Raymer, LLC                c/o Mann & Wooldridge
Case 10-10295-whd                      Bankruptcy Department                  P O Box 310
Northern District of Georgia           1544 Old Alabama Road                  Newnan, GA 30264-0310
Newnan                                 Roswell, GA 30076-2102
Wed Aug  3 16:01:04 EDT 2011

First National Insurance Company of America   Office of the United States Trustee   AICCO, Inc.
c/o Mills Paskert Divers               Room 362                               1001 Winstead Drive
1355 Peachtree Street, NE              75 Spring Street, SW                   Suite 500
Suite 1550                             Atlanta, GA 30303-3330                 Cary, NC 27513-2133
Atlanta, GA 30309-3275

AT&T                                   Alabama Power                          America's Servicing Company
P.O. Box 105262                        Corporate Office                       P.O. Box 10388
Atlanta, GA 30348-5262                 600 18th Street North                  Des Moines, IA 50306-0388
                                       Birmingham, AL 35203-2206

Aramark Uniform Services, Inc.         Bankcard Center                        Blossman Propane Gas
P.O. Box 54343                         P.O. Box 569200                        1662 Old Highway 431
Atlanta, GA 30308-0343                 Dallas, TX 75356-9200                  Wedowee, AL 36278-4614

Buffalo Holdings, LLC                  Bug House Pest Control                 Butts County
106 Wedgewood Drive                    1210 Commerce Drive                    625 W. 3rd Street
Carrollton, GA 30117-4336              Suite 101                              Suite 4
                                       Greensboro, GA 30642-7447              Jackson, GA 30233-1881

Canon Financial Services, Inc.         Carquest of Carrollton                 Carter & Sloope
14904 Collections Center Drive         904 Maple Street                       6310 Peake Road
Chicago, IL 60693-0149                 Carrollton, GA 30117-3698              Macon, GA 31210-3960

Caterpillar Financial Services Corp    Caterpillar, Inc.                      Chimney Cove Holdings, LLC
2120 West End Avenue                   100 NE Adams Street                    106 Wedgewood Drive
Nashville, TN 37203-5341               Peoria, IL 61629-0002                  Carrollton, GA 30117-4336

Chimney Cove Master Assoc., Inc.       Chimney Cove, LLC                      City of Thomson
P.O. Box 830                           106 Wedgewood Drive                    P.O. Box 1017
Carrollton, GA 30112-0016              Carrollton, GA 30117-4336              309 Main Street
                                                                              Thomson, GA 30824-2612

Community and Southern Bank, as successor in   Consolidated Pipe & Supply Co., Inc   Dish Network
219 Perimeter Center Parkway, Suite 500        1205 Hilltop Parkway                  P.O. Box 105169
Atlanta, Georgia 30346-1303                    Birmingham, AL 35204-5002             Atlanta, GA 30348-5169

Eby Brown Co., L.L.C.                  First Commercial Bank                  First Georgia Banking Co.
P.O. Box 549                           P.O. Box 11746                         P.O. Box 674824
Rockmart, GA 30153-0549                Birmingham, AL 35202-1746              Marietta, GA 30006-0005
```

| | | |
|---|---|---|
| First Georgia Banking Company<br>100 Tom Reeve Drive<br>Carrollton, GA 30117-4271 | First National Bank of Georgia<br>201 Maple Street<br>Carrollton, GA 30117-3232 | First National Ins Co. of America<br>c/o P. Keith Lichtman and Richard J. Sto<br>1355 Peachtree St. Suite 1550<br>Atlanta, GA 30309-3275 |
| First National Ins. Co. of America<br>P O Box 34526<br>Seattle, WA  98124-1526 | Gerald Glen Dukes, Jr.<br>2865 Barrett Court<br>Powder Springs, GA 30127-1603 | Gerald L. Blanchard, Esq.<br>Bryan Cave Powell Goldstein<br>One Atlantic Center, 14th Floor<br>1201 W. Peachtree St., NW<br>Atlanta, GA 30309-3449 |
| Graham-Naylor Agency, Inc.<br>Attention: John Earl<br>1355 Terrell Mill Road<br>Building 1464<br>Marietta, GA 30067-5462 | Harleysville Insurance<br>355 Maple Avenue<br>Harleysville, PA 19438-2297 | Harrington Health<br>75 Remittance Drive<br>Suite 1854<br>Chicago, IL 60675-1854 |
| IPFS Corporation<br>dba Imperial Credit Corporation<br>101 Hudson Street, 34th Fl,<br>Jersey City, NJ 07302-3905 | Improvement Dist of Town of<br>Wedowee Chimney Cove<br>11 Main Street South<br>Wedowee, AL 36278-5166 | James M. Anderson, III, P.C.<br>Suite 130<br>5855 Sandy Springs Circle<br>Sandy Springs, GA 30328-6275 |
| Kenneth Rockenbach, Esq.<br>Liberty Mutual Surety<br>1600 N. Collins Blvd.<br>Suite 3000<br>Richardson, TX 75080-3580 | Komatsu Financial<br>P.O. Box 99303<br>Chicago, IL 60693-9303 | LCRC Investments, LLC<br>2030 Oak Grove Road<br>Carrollton, GA 30117-7746 |
| Liberty Mutual Surety<br>1600 N. Collins Blvd.<br>Suite 3000<br>Richardson, TX 75080-3580 | Low Post Enterprises, Inc.<br>1184 Farmer's High Rd.<br>Carrollton, GA 30117-6594 | MCG Properties, LLC<br>2030 Oak Grove Road<br>Carrollton, GA 30117-7746 |
| MWC Construction Company, LLC<br>530 Newnan Street<br>Carrollton, GA 30117-3344 | McDuffie County<br>337 Main Street<br>Thomson, GA 30824-2612 | McDuffie County Water Improvements<br>c/o Fowler & Wills, L.L.C.<br>318 Jackson street<br>P.O. Box 1620<br>Thomson, GA 30824-5620 |
| McIntosh Commercial Bank<br>820 Dixie Street<br>Carrollton, GA 30117-4416 | McIntosh Commercial Bank<br>P.O. Box 674824<br>Marietta, GA 30006-0005 | Merchant Capital, L.L.C.<br>P.O. Box 241848<br>Montgomery, AL 36124 |
| Neff Rental, Inc.<br>P.O. Box 405138<br>Atlanta, GA 30384-5138 | P. Keith Lichtman, Esq.<br>Mills Paskert Divers<br>1355 Peachtree Street<br>Suite 1550<br>Atlanta, GA 30309-3275 | Precision Planning, Inc.<br>400 Pike Blvd.<br>Lawrenceville, GA 30046-4578 |
| RMS Collections<br>1000 Circle 75 Parkway<br>Suite 400<br>Atlanta, GA 30339-6051 | Radiology Atlanta Group, PC<br>P.O. Box 465117<br>Lawrenceville, GA 30042-5117 | Randy & Christal Simpkins<br>150 Gold Dust Trail<br>Carrollton, GA 30117-7726 |

| | | |
|---|---|---|
| Ranolph County Revenue Commissioner<br>P.O. Box 310<br>Wedowee, AL 36278-0310 | Re-Max United<br>604 Alabama Avenue<br>Bremen, GA 30110-2302 | Real Estate West, Inc.<br>850 Cedar Street<br>Carrollton, GA 30117-2522 |
| Richard A. McCall, Esq.<br>Hartley, Rowe & Fowler, PC<br>P.O. Box 489<br>Douglasville, GA 30133-0489 | S&ME, Inc.<br>3380 Town Point Dr.<br>Suite 140<br>Kennesaw, GA 30144-7090 | S. Gregory Joy, Esq.<br>Smith, Currie & Hancock, LLP<br>2700 Marquis One Tower<br>245 Peachtree Ctr. Ave., NE<br>Atlanta, GA 30303-1222 |
| Safeco Insurance Companies<br>P.O. Box 34526<br>Seattle, WA 98124-1526 | Scott H. Marcus & Associates<br>121 Johnson Road<br>Turnersville, NJ 08012-1758 | Silverton Bridge Bank, N.A.<br>Attention: Frank McGonagle, VP<br>3284 Northside Parkway, NW<br>Atlanta, GA 30327-2280 |
| Sports Turf Company, Inc.<br>1487 Blackdirt Road<br>Whitesburg, GA 30185-2723 | Stoneco Development, LLC<br>106 Wedgewood Drive<br>Carrollton, GA 30117-4336 | Sweetgrass, Inc.<br>2030 Oak Grove Road<br>Carrollton, GA 30117-7746 |
| The Water Sewer and Gas Board<br>of the Town of Wedowee<br>P.O. Box 935<br>Wedowee, AL 36278-0935 | Tisinger Vance PC<br>Attention: Avery S. Jackson<br>100 Wagon Yard Plaza<br>Carrollton, GA 30117-3490 | Tonnie Allen<br>c/o Litigation Mediation Group<br>2290 10th Avenue North<br>Suite 306<br>Lake Worth, FL 33461-6609 |
| Travelers Commercial Insurance<br>135 N. Furnace Street<br>Birdsboro, PA 19508-2063 | Underground Stg Tank Mgmt Program<br>4244 International Pkwy<br>Suite 104<br>Atlanta, GA 30354-3906 | Verizon Wireless - Serg.<br>P.O. Box 105378<br>Atlanta, GA 30348-5378 |
| Yancey Brothers<br>Drawer CS 198757<br>Atlanta, GA 30384-8757 | ZTJ Home Builder, LLC<br>622 Fertilla Street<br>Suite B<br>Carrollton, GA 30117-3928 | J. Nevin Smith<br>Smith Conerly LLP<br>402 Newnan Street<br>Carrollton, GA 30117-3111 |
| James G. Baker<br>305 North Greenwood Street<br>LaGrange, GA 30240-2605 | Jason S. Stewart<br>Mack Reynolds Reality, LLC<br>c/o James G. Baker<br>108 Greenville Street<br>LaGrange, GA 30240-2716 | Larry C. Simpkins<br>2030 Oak Grove Road<br>Carrollton, GA 30117-7746 |
| Mary D. Simpkins<br>2030 Oak Grove Road<br>Carrollton, GA 30117-7746 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICA'S SERVICING COMPANY AS SERVICER

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85

Case 10-10295-whd    Doc 35    Filed 08/03/11    Entered 08/03/11 16:50:24    Desc Main
Document    Page 10 of 10