**IT IS ORDERED as set forth below:**

Date: August 30, 2011

_____
**W. H. Drake
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| LARRY C. SIMPKINS | * | CASE NO. 10-10295-WHD |
| MARY D. SIMPKINS | * | |
|     Debtors | * | |
| | * | JUDGE W. H. DRAKE, JR. |

**ORDER ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE KNOWN AS 2604 MANDEVILLE ROAD, BRMEN, CARROLL COUNTY, GEORGIA FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

    The Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims and Encumbrances having come on regularly to be heard on the 26th day of August, 2011 at 10:10 a.m., and no objection to said Motion having been filed, and no adverse interest having been represented, and it appearing that sale of said property as described in said Motion is in the best interest of creditors and this estate, it is hereby

    CONSIDERED, ORDERED and ADJUDGED that the Trustee may sell property of the estate more specifically known as 2604 Mandeville Road, Bremen, Carroll County, Georgia, for the sum of Nineteen Thousand ($19,000.00) and no/100 Dollars to Keith Harper, or his assigns. The Bankruptcy Estate owns one hundred (100%) percent interest of the property; therefore, the Bankruptcy Estate shall receive one hundred (100%) percent of the net proceeds from the sale.

    Said sale shall be free and clear of all liens, claims and encumbrances. The liens shall attach to the proceeds of the sale until such time as the validity of the liens are determined by the Court.

From the proceeds of the sale, the Trustee is authorized to pay the normal closing costs ordinarily paid for by Sellers of real property, including *pro rata* State, County, and City property taxes, together with any other past due taxes or assessments regarding this property; it is further

ORDERED that from the proceeds of the sale, the Trustee is authorized to pay Trustee's real estate agent, Jason Stewart of Mack Reynolds Realty, LLC a real estate commission of 6% of the gross sales price; it is further

ORDERED that the Trustee is authorized to execute any and all documents that are necessary to effectuate the aforementioned transaction; it is further

ORDERED that the stay of Rule 6004(g) is hereby waived and the Trustee may proceed with the sale immediately upon entry of this Order.

**END OF DOCUMENT**

(Signature on next page)

PRESENTED BY:


 */s/ James G. Baker*
James G. Baker
Attorney for Trustee
Georgia Bar No.: 033717
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240
(706) 884-3059



PARTIES TO BE SERVED:

Larry C. Simpkins
Mary D. Simpkins
2030 Oak Grove Road
Carrollton, GA 30117

J. Nevin Smith
Smith Conerly, LLP
402 Newnan Street
Carrollton, GA 30117

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

James G. Baker
James G. Baker, P.C.
305 North Greenwood Street
LaGrange, GA 30240