UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| Larry C. Simpkins | * | CASE NO. 10-10295-WHD |
| Mary D. Simpkins | * | |
|     Debtors | * | |
| | * | JUDGE W.H. DRAKE, JR. |

### TRUSTEE'S REPORT OF SALE

**COMES NOW**, James G. Baker, Trustee in the above-styled matter, and files this Report of Sale, showing that he sold to Keith Harper the real property known as 2604 Mandeville Road, Bremen, Carroll County, Georgia, for the sum of $19,000.00, as set forth in the attached settlement statement.

This  27th  day of September, 2011.

                                            */s/ James G. Baker*
                                            James G. Baker
                                            Chapter 7 Trustee
                                            GA Bar No. 033717
                                            JAMES G. BAKER, P.C.
                                            305 North Greenwood Street
                                            LaGrange, GA 30240
                                            706-884-3059

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| Larry C. Simpkins | * | CASE NO. 10-10295-WHD |
| Mary D. Simpkins | * | |
| Debtors | * | |
| | * | JUDGE W.H. DRAKE, JR. |

**CERTIFICATE OF SERVICE**

    This is to certify that I have this date served a copy of the within and foregoing **Report of Sale** by depositing same in properly addressed envelope in the United States mail with sufficient postage affixed thereon to insure delivery upon the following parties:

Larry C. Simpkins
Mary D. Simpkins
2030 Oak Grove Road
Carrollton, GA 30117

J. Nevin Smith
Smith Conerly, LLP
402 Newnan Street
Carrollton, GA 30117

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303


    This __27th__ day of September, 2011.

                                       */s/ James G. Baker*
                                       James G. Baker
                                       Chapter 7 Trustee
                                       GA Bar No. 033717
                                       JAMES G. BAKER, P.C.
                                       305 North Greenwood Street
                                       LaGrange, GA 30240
                                       706-884-3059

# A. Settlement Statement

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0265

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: 25912-11 | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| KEITH HARPER<br>2562 MANDEVILLE ROAD<br>BREMEN, GA 30110 | JAMES G. BAKER, CHAPTER 7 TRUSTEE FOR<br>LARRY C. AND MARY D. SIMPKINS<br>305 NORTH GREENWOOD ST<br>LAGRANGE, GA 30240 | |

| G. Property Location | H. Settlement Agent |  |
|---|---|---|
| 2604 MANDEVILLE ROAD<br>BREMEN, GA 30110<br>LL 283, 7TH DIST<br>CARROLL COUNTY, GA | PRICE PYLES DANGLE PARMER & ROOKS, P.C.<br><br>Place of Settlement<br>120 DIXIE STREET<br>CARROLLTON, GEORGIA 30117 | I. Settlement Date<br>08/31/11<br>DD: 08/31/11 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 19,000.00 | 401. Contract sales price | 19,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 597.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes           to | | 406. City/town taxes           to | |
| 107. County taxes              to | | 407. County taxes              to | |
| 108. Assessments               to | | 408. Assessments               to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 19,597.00 | **420. GROSS AMOUNT DUE TO SELLER** | 19,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 100.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 1,166.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes           to | | 510. City/town taxes           to | |
| 211. County taxes   01/01 to 08/31 | 320.90 | 511. County taxes   01/01 to 08/31 | 320.90 |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. 2009/10 COUNTY TAXES- 085/0170 | 1,299.02 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 420.90 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 2,785.92 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 19,597.00 | 601. Gross amount due to seller (line 420) | 19,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 420.90 | 602. Less reduction amount due to seller (line 520) | 2,785.92 |
| **303. CASH       FROM      BORROWER** | 19,176.10 | **603. CASH       TO       SELLER** | 16,214.08 |

form HUD-1 (3/86) ref Handbook 4305.2

L. SETTLEMENT CHARGES:

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 19,000.00 @ 6.00 = 1,140.00 | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ 1,140.00 to MACK REYNOLDS REALTY, LLC | | | |
| 702. | $ to | | | |
| 703. | Commission paid at Settlement  Realtor Holds Deposit | | | 1,140.00 |
| 704. | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. | Loan Origination Fee  % | | | |
| 802. | Loan Discount  % | | | |
| 803. | Appraisal Fee  to | | | |
| 804. | Credit Report  to | | | |
| 805. | Lender's Inspection Fee  to | | | |
| 806. | Mtg. Ins. Application Fee  to | | | |
| 807. | Assumption Fee  to | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. | Interest from  to  @$  /day | | | |
| 902. | Mortgage Insurance Premium  to | | | |
| 903. | Hazard Insurance Premium  yrs. to | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. | Hazard Insurance  mo. @$  / mo. | | | |
| 1002. | Mortgage Insurance  mo. @$  / mo. | | | |
| 1003. | City property taxes  mo. @$  / mo. | | | |
| 1004. | County property taxes  mo. @$  / mo. | | | |
| 1005. | Annual Assessments  mo. @$  / mo. | | | |
| 1006. |  mo. @$  / mo. | | | |
| 1007. |  mo. @$  / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/Count | | | |
| 1100. | TITLE CHARGES | | | |
| 1101. | Settlement or closing fee  to | | | |
| 1102. | Abstract or title search  to | | | |
| 1103. | Title examination  to COMPASS ROSE PROPERTIES LLC | | 150.00 | |
| 1104. | Title insurance binder  to | | | |
| 1105. | Document preparation  to | | | |
| 1106. | Notary fees  to | | | |
| 1107. | Attorney's fees  to PRICE PYLES DANGLE PARMER & ROOKS PC | | 250.00 | |
| | (includes above item No:  ) | | | |
| 1108. | Title insurance  to FIDELITY NATIONAL TITLE INSURANCE CO. | | 150.00 | |
| | (includes above item No:  ) | | | |
| 1109. | Lender's coverage | | | |
| 1110. | Owner's coverage  19,000.00 — 150.00 | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. | Recording fees  Deed $ 28.00 ; Mortgage $  ; Releases $ 14.00 | | 28.00 | 14.00 |
| 1202. | City/county/stamps  Deed $  ; Mortgage $ | | | |
| 1203. | State tax/stamps  Deed $ 19.00 ; Mortgage $ | | 19.00 | |
| 1204. | REC FEE - THE OLD BLOCK QC | | | 12.00 |
| 1205. | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. | Survey  to | | | |
| 1302. | Pest inspection  to | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES  (enter on lines 103 and 502, Sections J and K) | | 597.00 | 1,166.00 |